UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-463-RP |
| MARK A. GIPSON, | § § § | |
| Defendant. | § § § | |

## ORDER

On April 26, 2023, the Court granted Plaintiff Jane Doe's Emergency Application for Temporary Restraining Order, (Dkt. 12), in part and ordered the parties to appear for a hearing on this matter on this day, May 4, 2023. (Dkt. 16). On this day, Defendant Mark A. Gipson failed to appear for this hearing as ordered. Counsel for Plaintiff confirmed on the record that Defendant had been served with the Court's order on April 26, 2023. Counsel further stated that Defendant has failed to comply with the temporary restraining order.

**IT IS ORDERED** that Defendant Mark A. Gipson appear for a hearing on **May 5, 2023, at 9:00 a.m. CDT**. The hearing will be held in Courtroom No. 4 on the fifth floor of the United States Courthouse located at 501 W. Fifth St., Austin, Texas. Defendant should be prepared to show cause as to why he should not be held in contempt of court for failing to comply with the Court's temporary restraining order and for failing to appear for the hearing on this matter.

**SIGNED** on May 4, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE