UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-463-RP |
| MARK A. GIPSON, | § § § | |
| Defendant. | § § § | |

## ORDER

On April 26, 2023, the Court granted Plaintiff Jane Doe's Emergency Application for Temporary Restraining Order, (Dkt. 12), in part and ordered the parties to appear for a hearing on this matter on this day, May 4, 2023. (Dkt. 16). On May 4, 2023, Defendant Mark A. Gipson ("Gipson") failed to appear for this hearing as ordered. Counsel for Plaintiff confirmed on the record that Gipson had been served with the Court's order on April 26, 2023, and that Gipson had failed to comply with the temporary restraining order. That same day, the Court ordered Gipson to appear on May 5, 2023, for a hearing to show cause as to why he should not be held in contempt for failing to obey the court's temporary restraining order and for failing to appear for a hearing.

On this day, Gipson failed to appear for a hearing on this matter a second time. At the hearing, counsel for plaintiff represented on the record that Gipson was served with the Court's order to show cause on May 4, 2023, and that he has yet to comply with the restraining order. Given that Gipson has failed to comply with the temporary restraining order and has twice failed to comply with this Court's order to appear for a hearing, the Court finds that Gipson is in contempt of court.

Accordingly, **IT IS ORDERED** that Defendant Mark A. Gipson shall be arrested and held in the custody of the U.S. Marshal Service until the contempt of court is purged by compliance with the Court's order, (Dkt. 12).

**IT IS FURTHER ORDERED** that the Clerk of Court shall prepare and issue a **BENCH WARRANT** for Gipson's arrest.

**IT IS FURTHER ORDERED** that the United States Marshals are directed, pursuant to that warrant, to **ARREST** Gipson and deliver him to federal custody in the Western District of Texas.

**SIGNED** on May 5, 2023.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE