AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Jane Doe<br>v.<br>Mark A. Gipson<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. A-23-cv-463 RP |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mark A. Gipson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:
Contempt Order

Date: 05/05/2023

*Issuing officer's signature*

City and state: Austin, TX

Julie Golden, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*