IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-463-RP |
| | § | |
| MARK GIPSON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On April 26, 2023, the Court granted Plaintiff Jane Doe's ("Plaintiff") motion for a temporary restraining order ("TRO") against Defendant Mark Gipson. (Order, Dkt. 16). The TRO ordered Gipson to remove all social media accounts that had depicted intimate images of Plaintiff and to refrain from displaying or disclosing any intimate visual depictions of Plaintiff or impersonate her in any way. (*Id.*). The Court held a hearing on the TRO, but Gipson did not appear. (Minute Entry, Dkt. 18). The Court then issued a show cause order as to why Gipson should not be held in contempt of court. (Order, Dkt. 19). Gipson again failed to appear, and the Court issued an order of contempt and bench warrant for Gipson's arrest. (Order, Dkt. 23; Warrant, Dkt. 24).

Since issuing the arrest warrant, the United States Marshals have repeatedly sought to arrest Gipson. However, Gipson has avoided arrest by refusing to answer his door, despite awareness of the arrest warrant. As a result, the arrest warrant has been pending for 30 days. And during the pendency of his arrest, Gipson has further violated the Court's TRO by creating several more websites displaying intimate photos of Plaintiff. (Order, Dkt. 31).

      The Court finds that Defendant Mark Gipson has knowingly and intentionally avoided arrest by refusing the United States Marshals entry into his residence. Pursuant to the Court's contempt order, (Dkt. 13), **IT IS ORDERED** that the United States Marshals is authorized to use any lawful and reasonable means to effectuate the warrant for Gipson's arrest.

      **SIGNED** on June 5, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE