IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

**FILED**
June 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

JANE DOE
Plaintiff,

vs.

MARK A. GIPSON
Defendant.

Civil Action No. 1:23-cv-00463
UNDER SEAL

MOTION FOR DISCLOSURE OF PLAINTIFF'S REAL NAME AND PROFESSIONAL ALIASES

# Motion for Disclosure of Plaintiff's Real Name and Professional Aliases

As a pro se defendant, I am writing to express my concern regarding the Plaintiff's use of the pseudonym "Jane Doe" in the lawsuit filed against me. Given the circumstances surrounding this case and the serious allegations made, I believe it is crucial for the Plaintiff to be identified by her full real name and any professional aliases used in her line of work in the adult industry.

In this litigation, I am not only defending myself against allegations that I deem to be unfounded, but I am also counter-suing for defamation, claiming substantial damages for loss of profits and emotional distress. I have irrefutable evidence that these allegations were made with malicious intent, and I have further evidence that all related photography and videography

were created with explicit permission, for production, publication, and promotion, in compliance with the Digital Millennium Copyright Act (DMCA).

In the interest of fairness and transparency in these proceedings, it is essential that the Plaintiff should not be allowed to proceed under a pseudonym. The use of a pseudonym in this case may allow the Plaintiff to avoid the same level of scrutiny and public accountability to which I have been subjected as a result of these allegations.

Moreover, the Plaintiff's use of different names and aliases in her professional life is directly relevant to this case. These aliases not only raise questions about her credibility but also serve as potential evidence of criminal activity. The public disclosure of these aliases is crucial in demonstrating the Plaintiff's willingness to adopt false identities, which is directly relevant to her allegations of impersonation against me.

The use of a pseudonym should not be used as a shield to protect individuals who make false and damaging allegations from facing

the same public scrutiny as those they accuse. In light of this, I respectfully request the court to require the Plaintiff to proceed under her real name and any known professional aliases.

I trust in the fairness and objectivity of our legal system and am fully prepared to present my evidence in court to substantiate my innocence and counterclaim. I look forward to a just resolution of this matter, which will not only clear my name but also hold the Plaintiff accountable for her actions.