IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

JANE DOE
Plaintiff,

**RECEIVED**
June 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
DEPUTY

**FILED**
June 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
DEPUTY

vs.

MARK A. GIPSON
Defendant.

Civil Action No. 1:23-cv-00463
UNDER SEAL

MOTION FOR DISMISSAL BASED ON JURISDICTION

## MOTION FOR DISMISSAL BASED ON JURISDICTION

This motion for dismissal is based on Jurisdiction due to the fact that **I was not in the United States during the timeframe that is the basis of this lawsuit.**

Note that plane tickets, passport stamps, ATM withdrawals, all my VISA card expenses, Uber App charges, and photography and videos evidence confirms this statement to be true.

-MARK ALAN GIPSON

Pro Se Defendant