UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-463-RP |
| MARK A. GIPSON, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff Jane Doe's ("Doe") Application for Preliminary Injunction. (Dkt. 12). On June 14, 2023, the Court held a hearing and considered the parties' arguments regarding the application. At the hearing, Defendant Mark A. Gipson indicated on the record that he did not oppose entry of a preliminary injunction on the grounds indicated below.

Therefore, **IT IS ORDERED** that the Application for Preliminary Injunction, (*id.*), is **GRANTED IN PART**. The Court enters the following temporary injunctive relief:

1. Effective immediately, and until further order from the Court, Defendant Mark A. Gipson shall not:

    a. Display or disclose any false representations about Plaintiff, including but not limited any representations referenced in Plaintiff's motion, on any and all public or private forums;

    b. Make any false or defamatory statements about Plaintiff on any social media pages, websites, or in any oral or written communications to third parties;

    c. Contact, directly or indirectly, or come within 1,000 feet of Plaintiff or any member of Plaintiff's family; or

    d. Publicly disclose the true identity of Plaintiff.

1

2. Within three business days of the date of the Court's order, Defendant Mark A. Gipson shall:

   a. Identify the location of each website to which Defendant has uploaded images of Plaintiff; and

   b. Remove any false representation of Plaintiff disclosed on any social media pages, websites, public forums, or in any oral or written communications to third parties.

3. Because Defendant Mark A. Gipson is unlikely to suffer any harm, the Court finds that the proper amount of security under Federal Rule of Civil Procedure 65(c) is $0.

The Court further notes that portions of the application for preliminary injunction remain outstanding. Therefore, as the Court instructed at the hearing, **IT IS FURTHER ORDERED** that the parties shall submit any supplemental briefing or evidence on or **before June 20, 2023.**

**SIGNED** on June 15, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE