IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-463-RP |
| MARK A. GIPSON, | § § § | |
| Defendant. | § § | |

### ORDER

**IT IS ORDERED** that the Court's Text Order on August 14, 2023, granting Plaintiff's motion to file under seal is **VACATED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Opposition to Defendant's Motion to Vacate Default Judgment, (Dkt. 80), and its attachments, (Dkts. 80-2 to 80-5), UNDER SEAL.

**IT IS FURTHER ORDERED** that Plaintiff shall file an unsealed, redacted version of their response, on or before August 28, 2023

**SIGNED** on August 14, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE