IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-463-RP |
| | § | |
| MARK A. GIPSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff Jane Doe's ("Plaintiff") September 29, 2023 Opposed Motion Under Rule 59(e) to Amend the Judgment Regarding Plaintiff's Motion for a Preliminary Injunction and Defendant's Motion to Set Aside the Default. (Dkt. 86). Plaintiff asks the Court to reconsider its August 23, 2023 order, (Dkt. 83), granting Defendant's Motion to Set Aside Entry of Default, (Dkt. 76), and denying Plaintiff's Motion for Preliminary Injunction, (Dkt. 12). Although Defendant Mark A. Gipson ("Gipson") was timely served with Plaintiff's motion for reconsideration, to date, Gipson has not responded to Plaintiff's motion.

As Plaintiff's motion for reconsideration is currently unopposed and Gipson has not timely filed a response, the Court will **GRANT IN PART** Plaintiff's motion for reconsideration with respect to Plaintiff's motion for a preliminary injunction. (Dkt. 12). The Court will **DENY IN PART** Plaintiff's motion for reconsideration with respect to the Court's order granting Gipson's motion to set aside entry of default. (Dkt. 76).

1

Accordingly, the Court will **VACATE** its earlier order denying Plaintiff's motion for a preliminary injunction. (Dkt. 83). In order to determine whether to grant Plaintiff's motion for a preliminary injunction, (Dkt. 12), the Court will hold a renewed hearing on the matter. An order setting a hearing on the motion for a preliminary injunction will follow.

**SIGNED** on November 16, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE