# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JANE DOE**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MARK A. GIPSON**<br><br>**Defendant.** | Civil Action No. 1:23-cv-00463-RP |

## NOTICE OF APPEAL

Notice is given that Plaintiff Jane Doe ("Plaintiff") appeals this Court's Order denying Plaintiff's Motion for Preliminary Injunction, (Dkt. No. 12), entered in this action on December 7, 2023 (Dkt. No. 99) and any and all other orders, rulings, findings, and conclusions underlying and related to that order to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1292(a)(1).

Dated: January 8, 2024     Respectfully Submitted,

*/s/ Giri Pathmanaban*

S. Giri Pathmanaban (TSB#: 24074865)
Benjamin J. Behrendt (TSB#: 24130704)
LATHAM & WATKINS LLP
300 Colorado Street
Suite 2400
Austin, TX 78701
Telephone:  (737) 910-7300
Facsimile:  (737) 910-7301
giri.pathmanaban@lw.com
benjamin.behrendt@lw.com

1

2

>                                Bradley A. Hyde (*pro hac vice*)
>                                Kevin M. Hamilton (*pro hac vice*)
>                                Caitlyn L. Brock (*pro hac vice*)
>                                LATHAM & WATKINS LLP
>                                650 Town Center Drive
>                                Suite 2000
>                                Costa Mesa, CA 92626-1925
>                                Telephone:  (714) 540-1235
>                                Facsimile:  (714) 755-8290
>                                bradley.hyde@lw.com
>                                kevin.hamilton@lw.com
>                                caitlyn.brock@lw.com
>
>
>                                *Attorneys for Plaintiff*
>                                *Jane Doe*

## CERTIFICATE OF SERVICE

I hereby affirm that on this 8th day of January, 2024, a true and correct copy of the foregoing document was served by electronic service pursuant to the Federal Rules of Civil Procedure with the Court's CM/ECF electronic filing system. Additionally, a copy of the respective pleading was served to Mr. Gipson's email address.

Dated: January 8, 2024                             */s/ Giri Pathmanaban*
                                                   S. Giri Pathmanaban