IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-463-RP |
| | § | |
| MARK A. GIPSON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**IT IS ORDERED** that the Clerk of the Court shall reject Defendant Mark A. Gipson's ("Gipson") filings submitted in the box.com folder on January 25, 2024. These filings are untimely as they respond to a motion filed in September 2023 and moot because the Court has already ruled on the motion.

The Court warns Gipson against filing irrelevant documents, unnecessary explicit material, and inappropriately denigrating comments. Failure to comply with this warning may result in the imposition of sanctions.

**SIGNED** on January 26, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1