# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 1, 2024
Lyle W. Cayce
Clerk

No. 24-50018

Jane Doe,

*Plaintiff—Appellant*,

*versus*

Mark A. Gipson,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-463

_____

ORDER:

IT IS ORDERED that the Appellee's unopposed motion to view and obtain sealed documents is GRANTED.

_____
James C. Ho
*United States Circuit Judge*