IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-463-RP |
| | § | |
| MARK A. GIPSON, | § | |
| | § | |
| Defendant. | § | |

### ORDER

**IT IS ORDERED** that the Clerk of the Court shall reject Defendant Mark A. Gipson's ("Gipson") Motion to Seal, Second Amended Answer and Counterclaims, and Second Amended Answer and Counterclaims – Public Version, all of which were submitted to the box.com folder on July 31, 2024. As discussed at the hearing on today's date, (*see* Min. Entry, Dkt. 132), Gipson did not move for leave to file an amended answer. *See* Fed. R. Civ. P. 15; (*see also* Scheduling Order, Dkt. 126).

**SIGNED** on August 5, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1