# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Jane Doe,** *Plaintiff* § § § | |
| **v.** § § | **Case No. 1:23-cv-00463-RP** |
| **Mark A. Gipson,** *Defendant* § § § | |

## ORDER ON JURY SELECTION

By referral of the District Court pursuant to 28 U.S.C. § 636 (Dkt. 221), jury selection will proceed before this Magistrate Judge at **9:30 a.m. on Monday, April 21, 2025**, in Courtroom 4 on the Fifth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, according to the plan proposed below. Counsel must appear to address any objections or requested changes to the jury selection plan, or any other issues concerning jury selection, at **9 a.m. on Monday, April 21, 2025**.

On or before **Wednesday, April 16, 2025**, counsel are **ORDERED** to file:

(1) a joint statement of facts no more than 100 words in length suitable for reading to the venire during jury selection, and

(2) any objections or requested changes to the jury selection plan.

## Proposed Jury Selection Plan

**I.   Welcome**

  A.   Venire seated in gallery of Judge Pitman's courtroom

  B.   Explanation of purpose of voir dire examination

  C.   Initial instructions

**II.    General Questions (with follow-up questions as needed)**

    A.   Anticipated trial length (two days): Undue hardship/special problem?

    B.   Statement of Facts:

        To be submitted by the parties.

    C.   Counsel, client, and witness introductions: Do you or any immediate family member know any of them? Have you been employed by, heard or read anything, or formed an opinion about them?

    D.   Do you have any knowledge of other panel members or the courthouse judges and staff?

    E.   Do you know anything about this case? Is there anything about the description that causes you to believe you could not judge this case fairly, with an open mind?

    F.   Do you have any interest in the outcome of this litigation?

    G.   Have you had any prior jury service?

    H.   Have you or any member of your immediate family ever participated in a lawsuit as a party, witness, or in any other capacity?

    I.   Do you have any legal training, education, or work experience?

    J.   Instructions on evidence and law: Are you able and willing to render a verdict solely on the evidence presented at the trial in the context of the law?

    K.   Instruction on burden of proof in civil cases: Are you able to require plaintiffs to prove their case by a preponderance of the evidence and not hold them to a greater or lesser standard of proof?

**III.   Specific Questions Requested by Counsel (with follow-up questions as needed)**

    A.   Have you ever followed or interacted with social media accounts of models or influencers?

    B.   Have you formed any strong opinions – positive or negative – about online dating?

    C.   Have you or anyone close to you ever been a victim of online impersonation?

    D.   Have you or anyone close to you had an experience related to sexual assault, domestic violence, or dating violence that may prevent you from rendering a fair and impartial verdict in this case? Answers may be given at the bench.

**IV.   Questions from Plaintiff's Counsel (20 minutes)**

**V.    Questions from Defendant's Counsel (20 minutes)**

VI. **Final Questions by the Court, including any matter for the Court's attention**

VII. **Recess**

    A. Jurors are excused

    B. Attorneys may exercise challenges for cause and peremptory challenges

    C. Seven jurors are selected

VIII. **Jurors Return to Courtroom**

    A. Stricken jurors are excused

    B. Jury is sworn and preliminary instructions are provided

**SIGNED** on April 8, 2025.

                                              SUSAN HIGHTOWER
                                              UNITED STATES MAGISTRATE JUDGE