FILED
APR 23 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JANE DOE, §
  §
    Plaintiff, §
  §
v. § 1:23-CV-463-RP
  §
MARK A. GIPSON, §
  §
    Defendant. §

## JURY VERDICT

**Question No. 1**

1. Is Defendant liable for Disclosure of Intimate Images under 15 U.S.C § 6851?

   Answer "Yes" or "No".

   Answer: __Yes__

**Question No. 2**

2. Is Defendant liable for Unlawful Disclosure or Promotion of Intimate Visual Material, Tex. Civ. Prac. & Rem. Code § 98B?

Answer "Yes" or "No".

Answer: <u>Yes</u>

## Question No. 3

3. Is Defendant liable for Intentional Infliction of Emotional Distress?

   Answer "Yes" or "No".

   Answer: ___Yes___

## Question No. 4

4. Is Defendant liable for Negligence Per Se, Online Impersonation?

   Answer "Yes" or "No".

   Answer: Yes

If you answered "Yes" to any or all of Questions 2-4, then answer the following two (2) questions.
If you answered "No" to all of Questions 2-4, do not answer the following three (3) questions.

**Question No. 5**

5. What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for her harms and losses, including economic and non-economic, if any, that resulted from Defendant's actions?

   Include damages, if any, only for liability found under Questions 2-4, those for which you answered "Yes."

   Answer in dollars and cents, if any:

   Economic Damages: $ 50,000

   Non-Economic Damages: $ 250,000

If you entered a dollar figure for Question 5, then answer the following question. If you did not enter a dollar figure for Question 5, then do not answer the following question.

**Question No. 6**

6. Do you find that the harm Defendant caused to Plaintiff was conducted with malice or with reckless indifference to the rights of others?

   Answer "Yes" or "No."

   Answer: <u>Yes</u>

If you answered "Yes" to Question 6, then answer the following question. If you answered "No" to Question 6, do not answer the following question.

If you answered "Yes" to Question 6, then answer the following question. If you answered "No" to Question 6, do not answer the following question.

**Question No. 7**

7. What sum of money, if paid now in cash, should be assessed against Defendant and awarded to Plaintiff as punitive damages, if any, for the conduct found in response to Question 6?

   Answer in dollars and cents, if any:

   Answer: $ 2 million

## **CERTIFICATE**

We, the jury, have answered the above and foregoing questions as herein indicated, and herewith return same into court as our verdict.

(To be signed by the presiding juror if unanimous.)

SIGNED this 23 day of April, 2025.

███████████████
PRESIDING JUROR