**FILED**
November 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ___Christian Rodriguez___
DEPUTY

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 11, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50615    Doe v. Gipson
                          USDC No. 1:23-CV-463

The court has considered the motion of Jane Doe to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Jane Doe may obtain all ex parte documents *filed on behalf of* Jane Doe, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Melissa B. Courseault, Deputy Clerk
                                        504-310-7701

Mr. Gabriel K. Bell
Mr. Philip Devlin
Ms. Alyssa A. Dolan
Mr. Mark A. Gipson
Mr. Mark McAdoo
Mr. Daniel S. Muller
Ms. Yi Ning
Mr. Brett M. Sandford
Mr. Alex Wyman