# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>**600 S. MAESTRI PLACE,**<br>Suite 115<br>**NEW ORLEANS, LA 70130** |

December 05, 2025

**FILED**
December 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-50615   Doe v. Gipson
USDC No. 1:23-CV-463

Enclosed is an order entered in this case.

The court has considered the motion of Mark A. Gipson to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Mark A. Gipson may obtain all ex parte documents *filed on behalf of* Mark A. Gipson, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Eyonka M. Falls, Deputy Clerk
504-310-7670

Mr. Gabriel K. Bell
Mr. Philip Devlin
Ms. Alyssa A. Dolan
Mr. Mark A. Gipson
Mr. Mark McAdoo
Mr. Daniel S. Muller
Ms. Yi Ning
Mr. Brett M. Sandford
Mr. Alex Wyman