IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-463-RP |
| | § | |
| MARK A. GIPSON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On September 28, 2026, after his extensive frivolous motions in this case, the Court barred defendant Mark A. Gipson ("Gipson") from filing anything but a notice of appeal without leave of court. (Order, Dkt. 325). Gipson soon violated that order by filing more frivolous motions. (Mot., Dkt. 330). So as warned in its previous Order, the Court issued sanctions. (Ord., Dkt. 331 (issuing $250 fine)). Gipson now moves for the Court to vacate or modify its sanctions order, stating that he "is completely indigent, has no earned income, and relies entirely on government safety-net programs for basic survival." (Mot., Dkt. 33, at 2).[1]

The Court will not vacate or reduce the sanction. However, Gipson proposes "nominal monthly installments (e.g., $5.00 per month) matching his indigent status." (*Id.* at 4). The Court will allow that payment scheme.

[1] As required by this Court's prior order, Gipson also moved for leave to file this motion. (*See* Ord., Dkt. 325 (requiring leave to file further motions in this case)).

Therefore, **IT IS ORDERED** that Gipson is granted leave to file his motion to vacate or modify the Court's sanction order, (Dkt. 333). **IT IS FURTHER ORDERED** that Gipson's $250.00 sanction, as the Court previously imposed (Ord., Dkt. 331), shall be payable in monthly installments of $5.00. Installments shall be due to the Clerk of this Court on the first business day of each month, starting Monday, November 2, 2026, and shall be paid monthly until the full $250.00 sanction is satisfied.

**SIGNED** on October 26, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE